AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>WILLIAM HENDRY MELLORS<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case: 1:22-mj-00162<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 7/15/2022<br>Description: Complaint W/ Arrest Warrant |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                          WILLIAM HENDRY MELLORS                          ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment     ❒ Superseding Indictment     ❒ Information     ❒ Superseding Information     ☒ Complaint
❒ Probation Violation Petition     ❒ Supervised Release Violation Petition     ❒ Violation Notice     ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) and (b)- Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon or Inflicting Bodily Injury,
18 U.S.C. § 231(a)(3)- Civil Disorder,
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted  Building or Grounds,
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings.

Date:     07/15/2022

Digitally signed by
G. Michael Harvey
Date: 2022.07.15
11:12:51 -04'00'

*Issuing officer's signature*

City and state:          Washington, D.C.                    G. Michael Harvey, U.S. Magistrate Judge
                                                                               *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 7/15/2022 , and the person was arrested on *(date)* 7/18/2022 at *(city and state)* Houston, TX . |
| Date: 7/18/2022 |
| *Arresting officer's signature* |
| Amy L Avila, Special Agent<br>*Printed name and title* |