NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.   Criminal Number  1:22-mj-00162-GMH

**WILLIAM HENDRY MELLORS**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA     ☐ RETAINED     ☒ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Charlotte A. Herring /Texas 24064026
*(Attorney & Bar ID Number)*

Federal Public Defender
*(Firm Name)*

504 Lavaca St., Ste. 960
*(Street Address)*

Austin     TX     78701
*(City)   (State)   (Zip)*

(512) 916-5025
*(Telephone Number)*