# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 1:22-mj-00162 (GMH) |
| : | |
| **WILLIAM MELLORS** : | |
| : | |
| **Defendant.** : | |

## ORDER

Based upon the representations in the Consent Motion to Vacate, Continue and Exclude Time Under the Speedy Trial Act, the Waiver of Preliminary Hearing (ECF No. 7), and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled preliminary hearing on August 9, 2022 is **VACATED** for good cause, and a status conference is set for October 11, 2022 at 1:00 PM; and it is further

**ORDERED** that the time between August 9, 2022 and October 11, 2022 shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties with additional time to review discovery.

Date: August 5, 2022

_____
The Honorable Robin M. Meriweather
United States Magistrate Judge