# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.   : | Case No. 1:22-mj-00162 |
| : | |
| **WILLIAM MELLORS** : | |
| : | |
| **Defendant.** : | |

## ORDER

Based upon the representations in the Consent Motion to Vacate, Continue and Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status conference on January 26, 2023, be **VACATED** and **CONTINUED** for good cause to February 23, 2023, at 1 p.m.; and it is further

**ORDERED** that the time between January 26, 2023, and February 23, 2023, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution.

_____

UNITED STATES MAGISTRATE JUDGE